# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 4:21-CR-033 |
| BRANDON BEASLEY ) | |

### ORDER ON EMERGENCY MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Emergency Motion for Leave of Absence for the dates of November 1st thru November 12th, 2021. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this  4th  day of  November , 2021.

Hon. Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia
Savannah Division